**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In the Matter of:** | : | **CIVIL ACTION** |
| | : | |
| **JOHN LOWNES,** | : | **No. 10-1040** |
| **Debtor.** | : | **BANKRUPTCY APPEAL** |

**ORDER**

    **AND NOW**, this **5ᵗʰ** day of **August**, **2010**, upon consideration of Appellant's Brief,

Appellee's response thereto, and Appellant's reply thereon, it is hereby **ORDERED** that:

    1.    The Bankruptcy Court's Orders of January 14, 2010 and January 28, 2010 are

           **AFFIRMED**.

    2.    The appeal is **DISMISSED**.

    3.    Appellee's request for costs is **DENIED**.

    4.    The Clerk of Court is directed to close this case.

                     **BY THE COURT:**

                     _____

                     **Berle M. Schiller, J.**